NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STRATOSAUDIO, INC.,**
*Appellant*

**v.**

**VOLKSWAGEN GROUP OF AMERICA, INC.,
HYUNDAI MOTOR AMERICA,**
*Appellees*

---

2023-1720

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00720.

---

**JUDGMENT**

---

ROBERT GREENSPOON, Dunlap Bennett & Ludwig PLLC, Chicago, IL, argued for appellant. Also represented by WILLIAM W. FLACHSBART; DAVID E. BOUNDY, Potomac Law Group PLLC, Newton, MA.

RICHARD CRUDO, Sterne Kessler Goldstein & Fox PLLC, Washington, DC, argued for all appellees. Appellee Volkswagen Group of America, Inc. also represented by RYAN CHARLES RICHARDSON, MICHAEL D. SPECHT, DANIEL

YONAN.

RYAN KEN YAGURA, O'Melveny & Myers LLP, Los Angeles, CA, for appellee Hyundai Motor America. Also represented by BENJAMIN HABER, CLARENCE ROWLAND, NICHOLAS WHILT; BRADLEY M. BERG, CAMERON WILLIAM WESTIN, Newport Beach, CA; WILLIAM FINK, COKE MORGAN STEWART, Washington, DC; CAITLIN P. HOGAN, New York, NY.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 16, 2024
Date

Jarrett B. Perlow
Clerk of Court